UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA           :           2005 FEB 18  P 1:04

    v.                                 :           CASE NO. 3:03CR198(RNC)

NORMAN WIGGINS                     :


CONSENT FORM

The defendant, Norman Wiggins, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.


CONSENTED TO:

DEFENDANT: _____Norman Wiggins_____  2-18-05
                                     Date

ATTORNEY FOR DEFENDANT: _____Walter D. Hussey_____  2-18-05
                                                    Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  2-18-05
                            Date