| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : MAY 20, 2005 |

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for May 27, 2005 for the following reasons:

1) Counsel will be on trial in <u>State v. Tommy Josey</u> on May 27, 2005.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

> The Defendant,
> Norman Wiggins
>
> By _____
> Walter D. Hussey
> His Attorney

## ORDER

The aforementioned Motion is hereby GRANTED / DENIED

_____
BY THE COURT