

*Granted. Sentencing is hereby rescheduled to July 1, 2005, at 9:30 a.m.*

*Robert N. Chatigny, U.S.D.J.*

*May 25, 2005. So ord*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2005 MAY 20 A 9: 23 |
| v. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | MAY 20, 2005 |

### MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for May 27, 2005 for the following reasons:

1) Counsel will be on trial in State v. Tommy Josey on May 27, 2005.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,
Norman Wiggins

By _____
Walter D. Hussey
His Attorney

### ORDER

The aforementioned Motion is hereby GRANTED / DENIED

BY THE COURT

## CERTIFICATION

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
H. Gordon Hall, esq.
157 Church Street, 23rd Floor
New Haven, CT 06510

Walter D. Hussey