UNITED STATES OF AMERICA             :
                                     :
v.                                   :    Case No. 3:03CR00198(RNC)
                                     :
NORMAN WIGGINS                       :    JUNE 24, 2005

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for June 28, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The undersigned has been engaged in numerous trials this spring.

3) The undersigned requests a continuance to prepare and advance an effective sentencing argument.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

                                        The Defendant,
                                        Norman Wiggins

                                        By_____
                                          Walter D. Hussey
                                          His Attorney

## ORDER

The aforementioned Motion is hereby GRANTED / DENIED


                                        _____
                                        BY THE COURT

## CERTIFICATION

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
H. Gordon Hall, esq.
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Walter D. Hussey