| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:03CR00198(RNC) |
| | : | |
| NORMAN WIGGINS | : | JUNE 24, 2005 |

### MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for June 28, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The undersigned has been engaged in numerous trials this spring.

3) The undersigned requests a continuance to prepare and advance an effective sentencing argument.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,
Norman Wiggins

By _____
Walter D. Hussey
His Attorney

### ORDER

The aforementioned Motion is hereby GRANTED / DENIED

_____
BY THE COURT

June 29, 2005. GRANTED. The sentencing is rescheduled to August 29, 2005 at 9:30 a.m. SO ORDERED.
Robert N. Chatigny, U.S.D.J.