UNITED STATES OF AMERICA         :

v.                               :    Case No. 3:03CR00198(RNC)

NORMAN WIGGINS                   :    AUGUST 24, 2005

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for August 29, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The undersigned has been engaged in numerous trials this spring.

3) The undersigned requests a continuance to prepare and advance an effective sentencing argument.

4) Attorney Patrick Caruso, for the Government, has no objection to this request.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,

Norman Wiggins

By _____
Walter D. Hussey
His Attorney

## ORDER

The aforementioned Motion is hereby GRANTED / DENIED

_____

BY THE COURT

## CERTIFICATION

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
Patrick Caruso, esq.
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Walter D. Hussey