UNITED STATES OF AMERICA     :

v.                           :    Case No. 3:03CR00198(RNC)

NORMAN WIGGINS               :    AUGUST 24, 2005

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for August 29, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The undersigned has been engaged in numerous trials this spring.

3) The undersigned requests a continuance to prepare and advance an effective sentencing argument.

4) Attorney Patrick Caruso, for the Government, has no objection to this request.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,

Norman Wiggins

By _____
Walter D. Hussey
His Attorney

---

*Handwritten margin note:* August 25, 2005. Granted. Sentencing is hereby rescheduled to September 19, 2005, at 2:00 p.m. So ordered.

Robert N. Chatigny, U.S.D.J.