| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | Case No. 3:03CR00198(RNC) |
| : | |
| NORMAN WIGGINS    : | SEPTEMBER 13, 2005 |

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for September 19, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The Undersigned has been ordered to begin jury selection in the case of State v. Anthony Allen on September 19, 2005 in front of Judge Joseph Koletsky.

3) Attorney Gordon Hall, for the Government, has no objection to this request.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,

Norman Wiggins

By_____
    Walter D. Hussey
    His Attorney

## **ORDER**

The aforementioned Motion is hereby GRANTED / DENIED

_____
BY THE COURT

## **CERTIFICATION**

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
Gordon Hall, esq.
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Walter D. Hussey