| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | SEPTEMBER 13, 2005 |

## MOTION TO CONTINUE SENTENCING

The defendant, Norman Wiggins, by and through counsel, respectfully requests a continuance in the sentencing date scheduled for September 19, 2005 for the following reasons:

1) Undersigned counsel is a solo practitioner.

2) The Undersigned has been ordered to begin jury selection in the case of <u>State v. Anthony Allen</u> on September 19, 2005 in front of Judge Joseph Koletsky.

3) Attorney Gordon Hall, for the Government, has no objection to this request.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant,

Norman Wiggins

By /s/ Walter D. Hussey
Walter D. Hussey
His Attorney

*[Handwritten margin note:]* September 15, 2005. Granted. Sentencing is hereby rescheduled to October 31, 2005 at 1:00 p.m. So ordered.
Robert N. Chatigny, U.S.D.J.

**ORDER**

The aforementioned Motion is hereby GRANTED / DENIED

 

                                                      BY THE COURT

**CERTIFICATION**

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
Gordon Hall, esq.
157 Church Street, 23rd Floor
New Haven, CT 06510

                                                 */s/ Walter D. Hussey*
                                                 Walter D. Hussey