UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 NOV 15 P 12: 34

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| vs. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | NOVEMBER 14, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

The defendant, Norman Wiggins, by and through counsel, respectfully requests an enlargement of time.

1. The defendant, Norman Wiggins was to be sentenced on October 31, 2005.

2. The matter has been continued to November 22, 2005 at 9:30 am.

3. The undersigned respectfully requests an extension of time to file a memorandum in support of the defendant's sentencing argument.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant
David Frances

By /s/ Walter D. Hussey
Walter D. Hussey
His Attorney

## ORDER

The aforementioned Motion is hereby GRANTED / DENIED

_____<br>
BY THE COURT

## CERTIFICATION

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
Gordon Hall
157 Church Street
23rd Floor
New Haven, CT 06510

_____<br>
Walter D. Hussey