1043

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | NOVEMBER 14, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

The defendant, Norman Wiggins, by and through counsel, respectfully requests an enlargement of time.

1. The defendant, Norman Wiggins was to be sentenced on October 31, 2005.

2. The matter has been continued to November 22, 2005 at 9:30 am.

3. The undersigned respectfully requests an extension of time to file a memorandum in support of the defendant's sentencing argument.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

The Defendant
David Frances

---

**November 15, 2005.**   USA v. Norman Wiggins
                         3:03CR198 (RNC)

RE:  Motion for Enlargement of Time [Doc. # 1043]

Granted.  The sentencing is continued to December 6, 2005 at 2:00 p.m.  So ordered.

Robert N. Chatigny, U.S.D.J.