UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | DECEMBER 2, 2005 |

### MOTION FOR ENLARGEMENT OF TIME

The defendant, Norman Wiggins, by and through counsel, respectfully requests an enlargement of time.

1. The defendant, Norman Wiggins' sentencing has been continued to December 6, 2005 in front of Judge Chatigny.

2. Counsel has been instructed to provide a sentencing memorandum to aid the Court with the sentencing.

3. Undersigned counsel is a solo practitioner and has had a variety of cases in other courts, which have taken up a lot of his time.

4. Undersigned counsel requests a final continuance to prepare a complete sentencing memorandum.

5. Efforts have been made to contact the Assistant United States Attorney, Gordon Hall, to determine whether or not there is any opposition to this request so far I have been unsuccessful.

Wherefore the defendant respectfully requests the Court to grant his motion after full consideration.

> The Defendant
> Norman Wiggins
>
> By /s/ Walter D. Hussey
> Walter D. Hussey
> His Attorney

### ORDER

The aforementioned Motion is hereby GRANTED / DENIED

_____
BY THE COURT

## CERTIFICATION

This is to certify that a way of this motion has been mailed to the following counsel of record:

The Office of the United States Attorney
Gordon Hall
141 Church Street
New Haven, CT 06510

Walter D. Hussey