UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Case No. 3:03CR00198(RNC) |
| NORMAN WIGGINS | : | DECEMBER 2, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Norman Wiggins, by and through counsel, respectfully requests an enlargement of time.

1.    The defendant, Norman Wiggins' sentencing has been continued to December 6, 2005 in front of Judge Chatigny.

2.    Counsel has been instructed to provide a sentencing memorandum to aid the Court with the sentencing.

3.    Undersigned counsel is a solo practitioner and has had a variety of cases in other courts, which have taken up a lot of his time.

4.    Undersigned counsel requests a final continuance to prepare a complete sentencing memorandum.

*(margin, rotated left side:)* Defendant's Motion for Enlargement of Time

December 6, 2005. Granted. Sentencing is hereby rescheduled to January 27, 2006 at 1:00 p.m. Sentencing memorandum will be filed on or before January 20, 2006. So ordered.

Robert N. Chatigny, U.S.D.J.